UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| WILLIAM J. MARTIN,<br>    Plaintiff<br><br>v.<br><br>HAROLD CLARK, DOC,<br>COMMONWEALTH OF MA<br>UMASS CORRECTIONAL MEDICAL<br>PROGRAM, MARLENE DODGE,<br>DR. HICKS, DR. HERBERT,<br>DR. HAMEED, STEVE CHOMO<br>DOROTHEA ROURKE, CHRISTOPHER<br>GENDREAU,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 09-11712-PBS |

SETTLEMENT ORDER OF DISMISSAL
April 12, 2010

    Pursuant to the Settlement Agreement, plaintiff was seen by an independent doctor who states that plaintiff is not underweight and has been receiving adequate medical treatment. Pursuant to the settlement, I dismiss the action.

    SO ORDERED.

                                        /s/ Patti B. Saris
                                        PATTI B. SARIS
                                        UNITED STATES DISTRICT JUDGE